**E-Filed 3/8/2011**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

|  |  |  |
|---|---|---|
| **In the Matter of the Confession Of Judgment by:** | : | |
| | : | |
| **GENESIS FLUID SOLUTIONS, LTD,** et al. | : | |
| **Defendants.** | : | **Case No. 5:10-MC-80231-JF** |
| **In favor of:** | : | **Judge Jeremy Fogel** |
| **EAGLE NORTH AMERICA, INC.,** | : | |
| **Plaintiff.** | : | |

## PROPOSED ORDER

Upon agreement and stipulation by the parties, this Court continues the March 18, 2011 hearing on the parties' Motions and reschedules this hearing for March 25, 2011, at 9:00 a.m., in Courtroom No. 3 of the United States District Court for the Northern District of California Courthouse, 280 South 1st Street, San Jose, California 95113.

3/8/2011
_____
Date

Judge _____

**COPIES TO:**

| | |
|---|---|
| Gregory D. Rankin<br>Two Miranova Place, Suite 500<br>Columbus, Ohio 43215-7052<br>grankin@lanealton.com<br>Counsel for Defendants | Randel J. Campbell<br>170 Columbus Avenue, 5th Floor<br>San Francisco, CA 94133<br>rcampbell@lgglaw.com<br>Counsel for Plaintiff |